IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01954-WYD-BNB

SHARON PERRY,

    Plaintiff,

v.

XCEL ENERGY SERVICES COMPANY, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice, filed by the parties on October 30, 2006 (document #7), pursuant to Fed. R. Civ. P. 41(a)(2).  Upon review of the Stipulation and file in this matter, I find that the claims and causes of action asserted in this case should be **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorneys' fees.

Dated:  November 6, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge